# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| vs. | | NO: WA:24-CR-00268(1)-ADA |
| (1) DOUGLAS BUI | | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 14, 2025, wherein the defendant (1) DOUGLAS BUI waived appearance before this Court and appeared before United States Magistrate Judge Ronald C. Griffin for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) DOUGLAS BUI to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) DOUGLAS BUI's plea of guilty to Count One (1) is accepted.

Signed this 28th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE